

ORIGINAL

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0513

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0513

———————————

DONNIE LEE STANDLEY,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

———————————

FILED

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Donnie Lee Standley has filed a motion for extension of time to file his opening brief. Good cause appearing.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until January 22, 2025, to prepare, file, and serve his opening brief.

DATED this 17 day of December, 2024.

For the Court,

_____
Chief Justice